UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAURA LEE SMITH,

    Petitioner,

  v.

DOUG COLE,

    Respondent.

CASE NO. C10-5325BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Richard J. Creatura, United States Magistrate Judge (Dkt. 4). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The Report and Recommendation is **ADOPTED**;

(2)     Petitioner's application to proceed in forma pauperis is **DENIED**; and

(3)     Petitioner is instructed to **pay the filing fee within 30 days** of the date of this order to proceed with her petition.

DATED this 29th day of June, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER