UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAURA LEE SMITH,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUG COLE,<br><br>                    Defendant. | CASE NO. C10-5325BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 16). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Report and Recommendation is **ADOPTED**;

(2) Petitioner's writ of habeas corpus petition brought under 28 U.S.C. § 2254 is **DISMISSED** as it is time barred by the statute of limitations and for failure to exhaust state remedies.

DATED this 3rd day of December, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER