# United States District Court

WESTERN DISTRICT OF WASHINGTON

LAURA LEE SMITH

        v.

DOUG COLE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5325BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**; and

Petitioner's writ of habeas corpus petition brought under 28 U.S.C. § 2254 is **DISMISSED** as it is time barred by the statute of limitations and for failure to exhaust state remedies.

December 6, 2010

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
Deputy Clerk